**Electronically Filed
Supreme Court
SCWC-17-0000176
16-JUL-2019
03:10 PM**

SCWC-17-0000176

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAMBRIDGE MANAGEMENT INC.,
Respondent/Plaintiff-Appellee,

vs.

NICOLE JADAN,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000176; CASE NO. 1RC16-1-4118)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Nicole Jadan's application for writ of certiorari filed on May 31, 2019, is hereby accepted and will be scheduled for oral argument. The parties will be notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawai'i, July 16, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

